ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Operations Support Technologies, Inc. | ) | ASBCA No. 60252 |
| | ) | |
| Under Contract No. M67854-14-C-2501 | ) | |

APPEARANCE FOR THE APPELLANT:    Edward J. Kinberg, Esq.
    Widerman Malek, PL
    Melbourne, FL

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
    Navy Chief Trial Attorney
    David M. Marquez, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 13 January 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60252, Appeal of Operations Support Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals